2:2019CV00089

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 1-17-19 |
|---|---|
| NAME OF SERVER (PRINT) KiM McGinnis | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Legal Zoom / Stacco to Properties
101 N. Brand Blvd 11th Floor   Glendale, CA 91203

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Jo N. Agent for Service

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Process Service | TOTAL $55.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1-17-19
                  Date

Signature of Server

5805 White Oak Ave Encino, CA 91416
Address of Server

Lic# 2015093064