| | |
|---|---|
| MARK AUSSIEKER, | No. 2:19-cv-0089 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| STACCATO PROPERTIES, LLC, et al., | |
| Defendants. | |

Plaintiff Mark Aussieker is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On February 1, 2019, plaintiff filed a motion for an order granting plaintiff permission for electronic case filing. (ECF No. 4.) Plaintiff's filing, however, uses a form order from the Northern District of California.

Accordingly, the undersigned is concerned that plaintiff may not be aware of this court's requirements for electronic filing. See generally Local Rules 131, 133, 137, 140, & 141. Plaintiff's motion, therefore, will be denied without prejudice to filing a renewed motion that acknowledges plaintiff has reviewed the court's Local Rules and requirements for electronic filing.

////

////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 1, 2019 motion for

2 permission to electronically file (ECF No. 4) is denied without prejudice to renewal.

3 DATED:  August 9, 2019                    /s/ DEBORAH BARNES

                                           UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\aussieker0089.ecf.den.ord

2