UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER and KIMBERLY AUSSIEKER,<br><br>Plaintiffs,<br><br>v.<br><br>STACCATO PROPERTIES, LLC, et al.,<br><br>Defendants. | No.  2:19-cv-00089-TLN-DB<br><br>**ORDER** |

Plaintiffs Mark Aussieker and Kimberly Aussieker (collectively "Plaintiffs") are proceeding *pro se* in the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 26, 2019, the magistrate judge filed findings and recommendations which were served on Plaintiffs and which contained notice to Plaintiffs that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and Plaintiffs have not filed any objections to the findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

///

1

reviewed *de novo*.  See *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed December 26, 2019 (ECF No. 19), are adopted in full;

2. Plaintiffs' March 18, 2019, Motion for Default Judgment (ECF No. 15) is GRANTED;

3. Judgment is entered against Defendant Staccato Properties, LLC;

4. Defendant Staccato Properties, LLC is ordered to pay Plaintiffs $5,455 in damages and costs;

5. Plaintiffs are awarded postjudgment interest; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 11, 2020

_____
Troy L. Nunley
United States District Judge