## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MARK AUSSIEKER, ET AL.,**

CASE NO: **2:19−CV−00089−TLN−DB**

v.

**STACCATO PROPERTIES, LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 02/12/20**

**Keith Holland**
Clerk of Court

ENTERED:  **February 12, 2020**

by: /s/ A. Benson
Deputy Clerk